

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JESSICA OCHOA<br>*Senior Counsel*<br>phone: (212) 356-3159<br>jochoa@law.nyc.gov |

November 21, 2025

**VIA E.C.F.**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Ahmad Moussa, et al. v. City of New York, et al.*, 24-CV-4732 (FB) (PK)

Your Honor:

   I am an Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and an attorney representing the City Defendants in the above-captioned matter. Defendants write to respectfully adjourn the discovery deadlines by sixty (60) days. Plaintiff's counsel takes no position to this request.

   On July 31, 2025, the parties entered into a Case Management Plan and Scheduling Order that. *See* ECF No. 35. Depositions are due by January 31, 2026, fact discovery is set to be concluded by March 31, 2025, and expert discovery is due on June 30, 2026. *See* ECF No. 35. In late October, the undersigned was assigned to a matter with a trial beginning on December 1, 2025 in the Eastern District of New York in Pierce v. The City of New York, et al. (21-cv-3482-PKC-JRC). The trial is expected to proceed through December 17, 2025. Further, co-counsel John Schemitsch, left the Law Department on November 18, 2025.

   Discovery requests have been exchanged and the parties are proceeding through discovery. However, additional time is needed to complete discovery responses with sufficient time to prepare for depositions after discovery responses are received. At this time, Defendants will be unable to respond to discovery responses until early January 2026 leaving only 24 days to complete depositions. In light of the above, Defendants now write to respectfully request an adjournment of the discovery deadlines, by 60 days, due to Defendants' counsel being at trial for the first three weeks of December and co-counsel having departed the Law Department.

   I thank the Court for its time and consideration herein.

                   Respectfully submitted,

_____/s/ *Jessica Ochoa*_____
Jessica M. Ochoa
*Senior Counsel*

cc:     All Counsel (via ECF)

2