Case Name: __Ahmad Moussa, etal. v. City of New York, et al.__   Case Number: _25_ CV - _4732_ ( _FB_ ) (PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | |
| 2. Rule 26(a)(1) disclosures exchanged | X | | |
| 3. Requested: | | | |
|    a. Medical records authorization | X | | |
|    b. Section 160.50 releases for arrest records | X | | |
|    c. Identification of John Doe/Jane Doe defendants | X | | Feb 15, 2026 |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | X | | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | March 30, 2026 |
| 2. Defendant to make settlement offer | | | April 6, 2026 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | | April 30, 2026 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | Oct. 30. 2025 |
| 2. Initial documents requests and interrogatories | | | Oct. 30, 2025 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | May 29, 2026 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | June 5, 2026 |

Rev. 11-03-20

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 5. | Expert discovery (only if needed) | | *Check here if not applicable* ☒ | |
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | | | | |
| | a. Affirmative expert reports due | | | |
| | b. Rebuttal expert reports due | | | |
| | c. Depositions of experts to be completed | | | |
| 6. | Completion of ALL DISCOVERY (if different from C.3) | | | June 30, 2026 |
| 7. | Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | July 7, 2026 |
| 8. | If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | Aug. 7, 2026 |
| 9. | Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | Aug. 7, 2026 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes<br>☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |

## E. *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | | |
|---|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | | |
| | a. Response due | | | |
| | b. Reply due | | | |
| 2. | Motion for Rule 23 class certification | | | |
| | a. Response due | | | |
| | b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____     _____
**PEGGY KUO**                                                    **Date**
United States Magistrate Judge

Rev. 11-03-20