**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

AHMAD MOUSSA, et al.,

                              Plaintiff,

                                                                   NOTICE OF DEPOSITION
               -v-                                               No. 1:25-cv-04732

CITY OF NEW YORK, et al.,

                              Defendants.
-------------------------------------------------------------- x

### NOTICE OF ORAL DEPOSITION OF THE CITY OF NEW YORK PURSUANT TO FED. R. CIV. P. 30(b)(6)

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and pursuant to the protocols for conducting depositions as authorized by the Court in the above-captioned matter, Plaintiffs will take the deposition upon oral examination of representatives of the City of New York beginning at 9:30 a.m on the 30th day of December, 2025, and continuing thereafter until completed with such adjournments as to time and place as may be necessary.

1. The deposition shall be taken before a notary public or other person authorized by law to administer oaths, at a location to be determined in New York City, or such other time and place agreed upon by counsel.

2. The deposition will be recorded by stenographic, sound, and video means.

3. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the City of New York is directed to designate a person or persons knowledgeable and prepared to testify on behalf of the City of New York concerning all information known or reasonably available to the City of New York regarding the matters for examination described below.

4. Plaintiffs request that the City of New York provide the names and titles of the person or persons it will designate to give testimony and summaries of the areas in which each designated person will give testimony no later than 10 business days before the date of the deposition. (*See* ABA, Civil Discovery Standards, at 37).

5. Plaintiffs request that the City of New York produce at each deposition a copy of the designated representative's current curriculum vitae or résumé for the purposes of inspection and/or photocopying.

1

6. By designating a representative, the City of New York indicates its representative has authority to speak on its behalf on the matters listed in this notice – not only to facts, but also to subject beliefs and opinions.

7. If it becomes clear that the chosen representative is unable to respond to questions on the matters for which he or she has been designated, the City of New York must immediately provide a substitute knowledgeable witness, even if the initial designation was made in good faith.

8. The testimony elicited in the deposition from the designated witness represents the City of New York's knowledge, not the individual deponent's knowledge. The City of New York must conduct a thorough investigation in response to the deposition notice and must prepare a witness to testify to all matters "known or reasonably available to the organization." Therefore, if the City of New York's designee is not knowledgeable about the matters specified in the deposition notice, it must nonetheless prepare such designee to give knowledgeable, binding answers. "Reasonably available" information includes all documents that the organization has the authority, legal right, or practical ability to obtain. An inadequately prepared designated witness will amount to an impermissible refusal to answer and a sanctionable failure to appear.

9. This deposition shall be used for any purpose permitted under the Federal Rules of Civil Procedure.

## Areas of Inquiry

1. All information concerning the organizational structure of the Mayor's Office, including which officials oversee communications and coordination with the NYPD.
2. All information concerning communications between the Mayor's Office and the NYPD regarding protest response policies and strategies in general.
3. All information concerning communications between the Mayor's Office and the NYPD specifically regarding the October 21, 2023, protest in Bay Ridge, Brooklyn.
4. All information concerning directives, authorizations, or guidance from the Mayor's Office to the NYPD concerning the mobilization of the Strategic Response Group ("SRG") during the October 21, 2023, incident.
5. All information concerning any briefings the Mayor or his staff received before, during, or after the October 21, 2023, protest concerning planned or ongoing police operations.
6. All information concerning communications between the Mayor's Office and the Office of Emergency Management (OEM), or any other City agency, regarding the October 21, 2023, protest.
7. All information concerning communications between the Mayor's Office and any representative of the government of Israel, including its consulate in New York, concerning pro-Palestine protests or activism in New York City.
8. All information concerning communications between the Mayor's Office and Israeli intelligence, military, or security entities, or any U.S.-based representatives thereof.
9. All information concerning meetings, phone calls, or correspondence between the Mayor, his staff, and representatives of Israeli government, security, or lobbying organizations.
10. All information concerning the Mayor's Office's participation in or support for joint initiatives

between the City of New York and the State of Israel, including those involving policing, security, counterterrorism, or intelligence exchange.
11. All information concerning trips by the Mayor or any City officials to Israel, including the purpose, participants, itinerary, and entities involved in organizing or funding the trips.
12. All information concerning visits by Israeli officials or security representatives to New York City coordinated or attended by the Mayor's Office.
13. All information concerning any agreements, memoranda of understanding, or informal arrangements between the City of New York and Israeli governmental or private security entities.
14. All information concerning donations, sponsorships, or material support to the City or its agencies from Israeli-linked organizations or companies.
15. All information concerning any intelligence reports, threat assessments, or situational briefings the Mayor or his staff received in advance of the October 21, 2023, protest.
16. All information concerning any intelligence gathered and/or in the possession of the City of New York related to the organization *Within Our Lifetime*.
17. All information concerning any intelligence gathered and/or in the possession of the City of New related to any organization the City or the Mayor's office believes are pro-Palestinian supporters.
18. All information concerning the Mayor's public and internal statements about the October 21, 2023, incident and other pro-Palestine protests in New York City.
19. All information concerning the Mayor's role in formulating, approving, or implementing policies for policing protests, demonstrations, or mass gatherings.
20. All information concerning coordination between the Mayor's Office and the NYPD Intelligence and Counterterrorism Bureau on monitoring political activity or demonstrations since the event of October 7, 2023.
21. All information concerning the Mayor's Office's involvement in establishing, funding, or supporting police training programs in or with Israel.
22. All information concerning communications or meetings between the Mayor's Office and the Israeli Consulate General in New York regarding community relations, public messaging, or law enforcement cooperation.
23. All information concerning the Mayor's Office's policies or discussions concerning the surveillance of Muslim, Arab, or pro-Palestine individuals or organizations in New York City.
24. All information concerning public relations or media coordination by the Mayor's Office regarding the October 21, 2023, protest or pro-Palestine activism in general.
25. All information concerning the Mayor's Office's awareness of or role in disciplinary or investigative processes concerning NYPD conduct during the October 21, 2023, incident.
26. All information concerning efforts by the Mayor's Office to coordinate messaging or responses between City Hall, NYPD, and other agencies following the October 21, 2023, incident.
27. All information concerning prior public statements, press conferences, or interviews by Mayor Eric Adams or his staff regarding pro-Palestine protests, student demonstrations, or related activism.
28. All information concerning the involvement of the Mayor's Office of Criminal Justice in developing or reviewing protest policing policies.
29. All information concerning the Mayor's Office's participation in or support for cultural, educational, or political events celebrating New York–Israel relations.
30. All information concerning the Mayor's Office's use of social media, communications staff,

or public information officers to shape or disseminate narratives concerning pro-Palestine activism.
31. All information concerning the Mayor's Office's assessment, internally or publicly, of alleged antisemitism or "hate incidents" connected to pro-Palestine protest activity in New York City.
32. All information concerning any policies or consent decrees arising from or related to any litigation against the City of New York or the NYPD related to protest activity in New York City.
33. All information concerning the City's policies and procedures concerning kettling.
34. All information concerning the City's policies and procedures concerning the removal of religious garments from arrestee generally and specifically from Muslim men and women.
35. All information concerning the City's policies in the use of force during and after an arrest.
36. All information on NYC-Israel economic council and its relation to the war on Gaza as well the Pro-Palestinian protests.
37. All information related to training between the NYPD IDF collaboration to repress protestors on Palestine.
38. Funding and participation of the Mayor, city officials and NYPD in assistance of IDF
39. All information related to training between the NYPD and IDF and collaboration to repress protestors on Palestine

Dated: November 12, 2025

Respectfully Submitted,

/s/ Omar T. Mohammedi
Omar T. Mohammedi, Esq.
Mustapha Ndanusa, Esq.
Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279
OMohammedi@otmlaw.com
(212) 725-3846

/s/ Brendan Carroll
The Council on American-Islamic Relations, New York ("CAIR-NY")
bcarroll@cair.com
(646) 665-7599
233 Broadway #820
New York, NY 10279
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 12th day of November, 2025, I caused a copy of the foregoing Notice of Oral Deposition on the City of New York Pursuant to Federal Rule of Civil Procedure 30(b)(6) to be served by email upon the following for further distribution to counsel for all parties in this action