

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JESSICA OCHOA**
*Senior Counsel*
phone: (212) 356-3159
jochoa@law.nyc.gov

February 27, 2026

<u>**VIA E.C.F.**</u>
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *Ahmad Moussa, et al. v. City of New York, et al.*, 24-CV-4732 (FB) (PK)

Your Honor:

I am an Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City Defendants in the above-captioned matter. Defendants write on behalf of the parties to update the Court as to the status of discovery.

Discovery requests and responses have been exchanged and the parties are proceeding through discovery. Plaintiffs served Defendants with a deficiency letter on January 28, 2026 to which Defendants responded on February 6, 2026. Additionally, the parties are currently in the process of scheduling depositions.

**Plaintiffs' Position:**

It is Plaintiffs' position that significant discovery deficiencies remain outstanding. Plaintiffs served their Request for Production of Documents on October 10, 2025. To date, Defendants have failed to produce responsive and relevant documents, despite Plaintiffs' good faith efforts to resolve these deficiencies without Court intervention. Defendants' failure includes documents this Court specifically ordered to be produced on February 9, 2026.

Most notably, Defendants have not disclosed the identities of additional officers who were directly involved in the incident described in the Complaint. The absence of this information materially prejudices Plaintiffs' ability to prepare their case.

In contrast, Plaintiffs have complied with their discovery obligations and produced documents responsive to Defendants' demands, without objection, on January 21, 2026.

Due to the delays outlined above, Plaintiffs intend to seek leave of Court to amend the Complaint to add additional officers once their identities are confirmed through the outstanding discovery. In addition, Plaintiffs intend to file a motion to compel in light of the ongoing discovery disputes and Defendants' continued failure to provide complete responses during the discovery period.

Finally, Plaintiffs will seek an extension of the discovery deadline due to delays in Defendants' production in response to Plaintiffs' discovery requests served on October 10, 2025.

**Defendants' Response:**

The issues raised by Plaintiffs are not yet ripe for the Court to consider, but to the extent Plaintiffs makes a motion, Defendants will respond at that time. Defendants remain committed to resolving any remaining discovery disputes without the need for judicial intervention.

The parties thank the Court for its time and consideration herein.

Respectfully submitted,

_____/s/ *Jessica Ochoa*_____

Jessica M. Ochoa
*Senior Counsel*

cc:    All Counsel (via ECF)