LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, US COURT ON INTERNATION

+

March 30, 2026

**VIA E.C.F.**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Ahmad Moussa, et al. v. City of New York, et al.*, 25-CV-4732 (FB) (PK)

Your Honor,

This office represents the Plaintiffs in the above referenced civil matter. We write on behalf of the parties to request a three-month extension of Plaintiffs' deadline to submit a settlement demand. The current deadline is today, March 30, 2026, pursuant to a joint discovery plan entered on December 2, 2025 (ECF 58).

By order dated March 17, 2026, Your Honor granted the parties' joint request (ECF 67) for an extension of time to complete discovery due to certain delays. However, the parties' application (ECF 67) did not make an explicit request to extend this court's December 2, 2025, directive for the parties to submit a settlement demand. The parties therefore request that the court extend the time to file a settlement demand to June 30, 2026. If granted, this new date would properly align with the rest of the discovery process under the most recent scheduling order. Accordingly, we request adjournment of the Settlement Conference currently set for April 30, 2026, to Friday, July 31, 2026.

The parties thank the Court for its time and consideration herein.

/s/ Omar T. Mohammedi
Omar T. Mohammedi, Esq.
Mustapha Ndanusa, Esq.
Law Firm of Omar T. Mohammedi, LLC
Woolworth Building
233 Broadway, Suite 820
New York, NY 10279

/s/ Brendan Carroll
Brendan Carroll, Esq.
The Council on American-Islamic Relations, New York
Woolworth Building
233 Broadway, Suite 820
New York, NY 10279

Cc: Defendants' counsel (via ECF)