LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x101
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, US COURT ON INTERNATION

+

May 5, 2026

**VIA E.C.F.**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Ahmad Moussa, et al. v. City of New York, et al.*, 25-CV-4732 (FB) (PK)

Your Honor,

This office represents the Plaintiffs in the above referenced civil matter. We write on behalf of the Plaintiffs to request the setting-down of a paper discovery end date or for a conference to discuss the same.

Plaintiffs filed this matter in the Southern District of New York (S.D.N.Y) on January 15, 2025 (ECF 1 and 4). By letter dated May 5, 2025, Defendants sought enlargement of time to file their answer on the premise that (1) though served on April 15, 2025, the Law Department did not assign John Schemitsch to the case until May 6, 2025, (2) the City needed time to investigate the allegations including obtaining "160.50 releases" and (3) to determine who the corporation counsel will represent (ECF 9). On May 5, 2025, Judge Castel of the Southern District of New York (S.D.N.Y.) endorsed Defendants' request to enlarge their time to answer by extending Defendants time to answer to July 5, 2025 and adjourning the initial conference to July 22, 2025 (ECF 9). On June 17, 2025, Plaintiffs filed their first amended complaint ("FAC") (ECF 23).

On July 8, 2025, the Law Department sought, with Plaintiffs' consent, a two-week extension of their time to answer and to adjourn the initial conference (ECF 29). The Law Department's second request to enlarge the time to answer was due in part to "allow [the Law Department] to investigate service and determine representation of the remaining individual defendants who [the Law Department] did not yet represent in the action" (ECF 29). Judge Castel endorsed Defendants' letter and extended the time to answer to July 22, 2025 and adjourned the initial conference to July 31, 2025 (ECF 30).

On July 22, 2025, Defendants filed an answer to the FAC but only as to Defendants Eric Adams, Edward Caban, and Terrence Monahan (ECF 33). After the July 31, 2025, initial conference, Judge Castel endorsed the parties' scheduling order in which he included the notation, "[d]ue to the length of the fact discovery period, the Court does not anticipate

granting a further extension of the fact discovery period" (ECF 35).  During the initial conference, Judge Castel also noted that the individual officers were in default and urged the Law Department to resolve the issue of representation expeditiously.  In the interest of justice, Judge Castel transferred this matter to the Eastern District of New York ("E.D.N.Y") in an August 15, 2025 order (ECF 37).  After the September 19, 2025, status conference before this court, Your Honor indicated that "[the court] does not anticipate extending the fact discovery period any further given its length" (Minute of Status Conference dated 9/22/2025).  Defendants did not file an answer for the individual officers until November 3, 2025, three months after Judge Castel directed them to do so (ECF No. 55).   On Jan 27, 2026, Defendants filed a motion to bifurcate, asserting—among other things—that bifurcation would avoid undue delay in this matter. (ECF 59). This Court granted Defendants' request for discovery bifurcation. (Feb. 9, 2026, Minute Entry and Order). In practice, however, the opposite occurred. The continual turnover of counsel, leaving a single attorney to manage this case, along with other matters arising from pro-Palestinian protest litigation—has resulted in significant delay and is materially prejudicing Plaintiffs.

As the Court is aware, fact discovery has already been extended twice: first at Defendants' request (ECF 56, 58), and again upon joint application of the parties (ECF 67). Since the transfer of this matter by Judge Castel to the Eastern District of New York, the attorneys originally assigned to this case—John Schemitsch and Jessica Ochoa—have both departed the Law Department. Mr. Schemitsch left in or about January 2026, and Ms. Ochoa departed on or about April 17, 2025. Upon information and belief, this pattern of turnover is ongoing and will continue to cause further delays.

To date, Defendants have failed to complete their document production. The outstanding paper discovery includes: all body-worn camera footage; Command and Activity Log entries for three out of the eight arrested plaintiffs; training and policy materials in effect at the time of the October 21, 2023 incident; and NYPD internal communications about the October 21, 2023 incident. Plaintiffs have repeatedly granted Defendants extensions to comply, yet Defendants have not met their obligations. The most recent mutually agreed-upon deadline of April 30, 2026, has passed without full production.

Accordingly, Plaintiffs respectfully request that the Court set a firm deadline by which Defendants must complete all outstanding document production. This delay has become prejudicial. Plaintiffs cannot meaningfully prepare for depositions while critical and relevant documents remain outstanding. The identities of several officers involved in the conduct against Plaintiffs during the October 21, 2023 incident remain unknown because of these deficiencies. Nearly ten months into discovery, document production remains incomplete, and the case is no closer to resolution of fact discovery. Nearly ten months into discovery, Defendants have failed to make meaningful progress toward completing document production.

Plaintiffs thank the Court for its time and consideration and are available for a short conference to resolve these important matter to avoid motion practice.

/s/ Omar T. Mohammedi
Omar T. Mohammedi, Esq.
Mustapha Ndanusa, Esq.
Law Firm of Omar T. Mohammedi, LLC
Woolworth Building
233 Broadway, Suite 820
New York, NY 10279


/s/ Brendan Carroll
Brendan Carroll, Esq.
The Council on American-Islamic Relations, New York
Woolworth Building
233 Broadway, Suite 820
New York, NY 10279


Cc: Defendants' counsel (via ECF)

3