UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

AHMAD MOUSSA, et al.,

                               Plaintiff,           25-CV-4732 (FB)(PK)

                  -against-              **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,,

                              Defendants.

------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **ELISSA JACOBS**, Senior Counsel, on behalf of the

Corporation Counsel of the City of New York, Steven Banks, appears herein as counsel of record

for defendants, City of New York, Eric Adams, Edward Caban, Terence Monahan, Thomas

Lane, Michael Butler, Douglas Schack, Elizabeth Medina, Anibal Vasquez, Manuel Guiterrez,

and Sejdi Cobaj.

Dated: New York, New York
        June 9, 2026

                                 STEVEN BANKS
                                 Corporation Counsel of the
                                 City of New York
                                 *Attorney for Defendants, City, Adams, Caban,*
                                 *Monahan, Lane, Butler, Schack, Medina, Vasquez,*
                                 *Guiterrez, and Cobaj*
                                 100 Church Street,
                                 New York, New York 10007
                                 (212) 356-3540
                         By:    /s /  *Elissa Jacobs*
                                 Elissa Jacobs
                                 *Senior Counsel*

cc: All Parties (via ECF)